UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON O. MURPHY,<br><br>Plaintiff,<br><br>v.<br><br>KELLER/POSTMAN LLC,<br><br>Defendant. | Case No. 25-cv-08145-JST<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING THE CASE**<br><br>Re: ECF No. 13 |

The Court has reviewed Magistrate Judge Laurel Beeler's report and recommendation, ECF No. 18, concerning Plaintiff Shannon Murphy's response to Judge Beeler's screening order, ECF No. 13. The 14-day period for objections has elapsed, and no objections have been filed. *See* Fed. R. Civ. P. 72(b)(2).

The Court finds the report to be correct, well-reasoned, and thorough, and adopts it in every respect. The Court agrees that Plaintiff has failed to establish diversity jurisdiction and lacks any viable claim. ECF No. 18 at 2. The Court will therefore dismiss the case without prejudice to any malpractice claim that the Plaintiff may raise in a state court.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: December 31, 2025

_____
JON S. TIGAR
United States District Judge