UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON O. MURPHY, | Case No. 25-cv-08145-JST |
| Plaintiff, | |
| v. | **CLERK'S JUDGMENT** |
| KELLER/POSTMAN LLC, | Re: Dkt. No. 21 |
| Defendant. | |

Pursuant to the ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING THE CASE signed December 31, 2025, Judgment is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: December 31, 2025

Mark B. Busby
Clerk, United States District Court

By: _____
Dianna Shoblo, Deputy Clerk to the
Honorable JON S. TIGAR